**No. 48754.**—Protests 662234–G, etc., of Musolino Lo Conte Co. (Boston),

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 41794.   The protests were therefore sustained.

**No. 48755.**—Protests 828821–G, etc., of John Thallon Co., Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of Abstract 48269.   The protests were therefore sustained.

**No. 48756.**—Protests 932088–G, etc., of D. Costalos et al., Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 39667 and 42146.   The protests were therefore sustained.

**No. 48757.**—Protests 960275–G, etc., of June Dairy Products Co., Inc., et al. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269.   The protests were therefore sustained.

**No. 48758.**—Protests 989561–G, etc., of L. Profumo & Co. et al.   (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and the cited cases the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42309, and (2) 1 percent for certain other cheese similar to that the subject of said C. D. 706 and Abstract 42309.   Protests sustained to this extent.

**No. 48759.**—Protests 985808–G, etc., of Pistorino & Co., Inc., et al. (Boston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and the cited cases the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), and (2) 1 percent for certain other cheese covered by said C. D. 706.   Protests sustained to this extent.